# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:17-cr-465-CEH-AAS

RAKIM JAMAL PHILON

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing of Magistrate Judge Amanda Sansone (Doc.203), entered September 30, 2021, the Report of Preliminary Supervised Release Revocation Hearing of the Defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for October 27, 2021 at 10:00 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 20th day of October 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services