# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:17-cr-465-CEH-AAS

RAKIM JAMAL PHILON

---

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation On Violation of Supervised Release of the United States Magistrate Judge (Doc. 234), entered February 15, 2022, a Final Revocation Hearing was previously scheduled for March 24, 2022 at 10:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 4th day of March 2022.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services